Anna L. Barnes et al., Appellants, v. Illinois National Bank and Trust Company of Rockford et al., Appellees.

Gen. No. 10,034.

Heard in this court at the May term, 1945; opinion filed October 22, 1945; released for publication November 12, 1945. Early & Early, for appellants; Harry B. North, for appellees. Opinion by JUSTICE WOLFE. **Not to be published in full.**